UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES HENRY CASTILLO, | : |
| | : CIVIL ACTION NO. 3:18-CV-1979 |
| Petitioner, | : |
| | : (JUDGE MARIANI) |
| v. | : (Chief Magistrate Judge Schwab) |
| | : |
| WARDEN DAVID EBBERT, | : |
| | : |
| Respondent. | : |

## ORDER

AND NOW, THIS ___13th___ DAY OF SEPTEMBER 2019, upon review of Magistrate Judge Schwab's Report and Recommendation (R&R) (Doc. 17) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 17) is **ADOPTED** for the reasons set forth therein;

2. Petitioner's 28 U.S.C. § 2241 Petition is **DENIED**;

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge